UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

ROBISON, Randall D.
ROBISON, Melinda M.

        Debtor(s).

Case No. 24-00001 – WLH7 ~~-7~~

ORDER APPROVING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS, SHORTENING OBJECTION PERIOD, AND WAIVING STAY OF FRBP 6004(h)

THIS MATTER is before the court on the Chapter 7 case trustee's December 10, 2024, Verified Motion And Notice For Approval Of Sale Of Real Estate Free And Clear Of Liens, The Shortening of Time For Objections, And The Waiver of Stay of FRBP 6004(h) (ECF No. 42) (the "Motion"), which Motion was ~~duly~~ served on all parties in interest in this case (ECF No. 43). U.S. Bank National Association provisionally objected to the granting of the relief requested in the Motion, but that objection has been resolved and U.S. Bank National Association has approved this ~~O~~order for entry. No other parties in interest have objected. ~~(Case Docket.)~~ The Motion requested that the time for filing and serving objections be shortened to fourteen (14) days. The court, having reviewed the files and records herein and for adequate cause shown, hereby~~:~~ ORDERS:

1. That the Motion (ECF No. 42) is GRANTED;

ORDER APPROVING SALE OF REAL ESTATE

*Matthew J. Anderton, Trustee*
*PO Box 711*
*Yakima, Washington 98907*
*Phone: (509)469-6648*

2. That trustee Matthew J. Anderton is authorized to sell the real estate ~~as described in the Motion (ECF No. 42)~~ for **$495,000.00** as described in the Motion, that purchasers **David Robert Spangler and Kelly Marie Wallis, husband and wife,** shall receive title free and clear of liens and interests arising by and through the debtor and without further warranty or representation, and that taxes and assessments shall be prorated to the date of closing;

3. That upon closing of the transaction the purchaser shall pay **$495,000.00** in immediately available U.S. funds to the escrow agent selected for closing;

4. That the following disbursements and payments may be made from gross proceeds of the sale upon closing:

    a. A commission of 2% of the sale price (or $9,900.00) ~~due~~ to the purchaser's real estate agent Shay Ryan-Blakeslee (Windermere CRG Bingen Real Estate Office)~~,~~; a commission of 2% of the sale price (or $9,900.00) to the seller's real estate agent Lacy Carce (Real Broker, LLC)~~,~~; all accrued, unpaid, and pro-rated real estate ad valorem taxes prorated to the date of closing~~,~~; and the payment of applicable real estate excise taxes arising from the sale. The purchasers are responsible for title insurance selected by the ~~P~~purchasers. The conveyance is to be by Special Trustee Deed. The ~~P~~purchasers are responsible for all remaining closing costs, escrow fees, all deed and other documentation preparation costs, and all recording fees.

    b. The closing agent ~~shall~~ may distribute the remaining proceeds of the sale as follows:

ORDER APPROVING SALE OF REAL ESTATE

*Matthew J. Anderton, Trustee*
*PO Box 711*
*Yakima, Washington 98907*
*Phone: (509)469-6648*

i. To U.S. Bank National Association to the extent needed to satisfy and discharge the obligation it holds which is secured by the subject property;

ii. To Matthew J. Anderton in the amount of $199.00 as reimbursement of the fee advanced for filing the Motion (See ECF Docket Entry December 10, 2024); and

iii. All remaining proceeds ~~shall~~ may be distributed to trustee Matthew J. Anderton to be held and administered as property of this bankruptcy estate pending further order from this court.

~~c. U.S. Bank National Association has consented to the entry of this order and hereby withdraws its Limited Opposition to Motion and Notice for Approval of Sale of Real Estate Free and Clear of Liens (ECF No. 49).~~

~~d. The creditors and other parties-in-interest who have not objected to the Motion (ECF No. 42) are deemed to have consented to the sale of property as described in the Motion (ECF No. 42).~~

5. The period for filing and serving objections to the Motion ~~(ECF No. 42)~~ is shortened to fourteen (14) days.

6. This order ~~shall be~~ is effective immediately notwithstanding the provisions of FRBP 6004(h).

///End of Order///

Presented by:

/s/ *Matthew J. Anderton*  WSBA 14163

Consented to and Approved:

/s/ Kristin A. Zilberstein WSBA 47798
Counsel for U.S. Bank National Association

 * Changes made by court

*ORDER APPROVING SALE OF REAL ESTATE*

*Matthew J. Anderton, Trustee*
*PO Box 711*
*Yakima, Washington 98907*
*Phone: (509)469-6648*